FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 FEB 26 AM 10: 51

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 3:15 CR 005 |
| ) | |
| KENTA COOK ) | |
| ) | |
| Defendant ) | |

### ORDER

THOMAS C. RAWLINGS, counsel of record for Defendant, KENTA COOK, in the above case, has moved for leave of absence on:

(a) March 5 - 12, 2016; Bangkok, Thailand for State Department Judicial Training;

(b) March 29 - April 2, 2016   Family vacation;  and

(c) April 7, 2016 National School Board Association Conference

IT IS HEREBY ORDERED counsel may be absent at the times requested in his motion for leave of absence.

SO ORDERED this 26th day of February, 2016.

_____
Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA