IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CR 315-005 |
| | * | |
| KENTA COOK, | * | |
| | * | |
| Defendant. | * | |

O R D E R

On January 13, 2016, Defendant Kenta Cook pled guilty to County II of the Indictment.[1] (Doc. Nos. 23, 24, 25; see also Doc. No. 1.) On March 29, 2016, the Court sentenced Defendant Cook to, *inter alia*, a term of imprisonment of 120 months. (Doc. No. 40; see also Doc. No. 38.) The Government subsequently appealed this sentence to the United States Court of Appeals for the Eleventh Circuit. (Doc. No. 41.) The Eleventh Circuit has now vacated Defendant Cook's sentence and remanded the above-captioned case for resentencing consistent with the Eleventh Circuit's opinion. (Doc. Nos. 54, 55.)

Accordingly, **IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit is made the Order of this Court. **IT IS FURTHER ORDERED** that the United States Probation Office shall

---

[1] Count II of the Indictment charged Defendant with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (See Doc. No. 1, at 1-2.)

revise and update the Presentence Investigation Report to comply with the Eleventh Circuit's Mandate and distribute the revised report to the parties for review and comment in accordance with normal procedures and schedules. Upon the issuance of a final revised Presentence Investigation Report, the Court will schedule a date and time for resentencing.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE