UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR315-005 |
| | ) | |
| KENTA COOK | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**S. Ryan Dixon** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT S. Ryan Dixon** be granted leave of absence for the following periods: **June 24, 2019 through June 26, 2019; and July 16, 2019 through July 19, 2019.**

This 13th day of June, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA